FILED IN OPEN COURT
ON 11 Jun 13
Julie A. Richards, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:12-MJ-1945

UNITED STATES OF AMERICA

V.

**REESE, JOSHUA E.**

DISMISSAL
ORDER

The GOVERNMENT moves for dismissal of the captioned case without prejudice for the following reason:

[ ] Compliance

[ ] Completed Driver Improvement Training

[ ] Proof of Safe Driving Record

[X] Prosecutorial Discretion: Prosecution will be filing a superseding due to more charges being removed.

Offenses: DWI, Illegal U-Turn, DWI, Failure to Maintain Lane, and Speeding

Category: O

Initial Docket Date:

Submitted on: 5 June 2013

DAVID A. COLEMAN
Special Assistant United States Attorney
XVIII Airborne Corps & Fort Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222

Leave for dismissal is granted and it is hereby ORDERED that the captioned case be dismissed.

This 11 day of June, 2013.

United States Magistrate Judge